United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NATIONAL LIABILITY & FIRE INSURANCE COMPANY,
*Plaintiffs,*

v.

TURIMEX, LLC D/B/A GRUPO SENDA AND BENITA SALGADO ROMAN,
*Defendants.*

CIVIL ACTION NO. 4:21-cv-3967

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 20, 2022 (ECF 14) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court and National Liability & Fire Insurance's Motion for Summary Judgment (ECF 10) is **GRANTED**.

**SIGNED** at Houston, Texas this ___9th___ day of November, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE